IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY J. WILEY,<br><br>            Plaintiff,<br><br>vs.<br><br>CHRIS LUEBEN, Recreational Therapy Staff; LEON, 2 East Staff; HUNTER, Staff Supervisor; JAMES, Security Guard; EDGAR, Security Guard; COREY, Compliance Specialist; JULIE, Nurse; JOY JOHNSON, Nurse; KANE, Treatment Team Member; MIKE, 2 East Staff; VERLIN, Recreational Staff; SHERRI, Therapist; RAY P., 2 East Staff; CHRIS, Security Guard; RAY W., 2 East Staff; DR. CHE, Doctor; ANDREW, Doctor; TYLER, Security Guard; and COLTON, Security Guard;<br><br>            Defendants. | 8:21CV33<br><br>ORDER |

      Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

      IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

      Dated this 1st day of February, 2021.

                                                        BY THE COURT:

                                                        *Richard G. Kopf*
                                                        Richard G. Kopf
                                                        Senior United States District Judge