IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY JOSEPH CARROLL,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRIS LUEBE, LEON CHAPMEN, HUNTER LEWIS, JAMES JOHNSON, EDGAR OLIVAN, COREY BLACK, JULIE BATENHORST, JOY JOHNSON, Nurse; KAIN SPARR, MIKE MEJSTRIK, VERLIN REDLINGER, CHERYL HEIMAN, CHRIS NEUHAUS, RAY WINTER, DR. JUVET CHE, ANDREW CORBIN, TYLER STENDER, and KOLTON NEUHAUS,<br><br>    Defendants. | **8:21CV33**<br><br>**ORDER** |

IT IS ORDERED that the motions to withdraw and to substitute counsel of record for Defendants, (Filing No. 50 and 51), are granted. Justin J. Hall is counsel of record for Defendants, and Benjamin M. Goins is withdrawn and shall no longer receive electronic notice in this case.

The Clerk shall provide a mailed copy of this order to Plaintiff.

Dated this 9th day of August, 2021.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge